IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02268-CMA-BNB

FREDERICK D. DEBERRY,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
BLAKE R. DAVIS,
MR. HOLLAND,
MR. CASTANEDA,
MS. BARKER,
S. POLITE, and
R. GICONI,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Combined Motion to Amend and for a Writ of Mandamus** [Doc. #55, filed 11/18/2011] (the "Motion"). The Motion [Doc. # 55] is DENIED.

On September 16, 2010, the plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee [Doc. #2]. He was directed to "make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment." The plaintiff was informed that in order to show cause he "must file a current certified copy of his trust fund account statement."

On September 27, 2011, I issued an Order to Show Cause noting that the plaintiff had not made monthly payments to the court or shown cause why he could not for the months of April,

May, June, July, August, and September 2011 [Doc. #49]. Accordingly, I ordered him to either make the required monthly payments for those months or show cause why he cannot. In addition, I required that in the future the plaintiff must "by the 15th day of each month and without any further notice from or order of the court, either [] make the required monthly payment for each preceding month or [] file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment."

The plaintiff responded to the Order to Show Cause on October 13, 2011 [Doc. #50]. He submitted an account statement which shows activity from April 2011 to October 6, 2011. Although the statement shows a deposit of $22.61 on April 11, 2011, the plaintiff did not make the required monthly filing fee payment of $4.52. In addition, he did not explain why he failed to file a copy of his account statement for each of the months of April, May, June, July, August, and September 2011. Consequently, I recommended that the Complaint be dismissed with prejudice [Doc. #51].

The plaintiff now seeks an order amending my Order to Show Cause "to extend the deadline for filing my monthly motion showing cause in the court from the 15th to at least the 25th." *Motion* p. 4. He further seeks "an order of mandamus that [the prison] administration discontinue its unethical antics, and therewith provide me with a certified copy of my inmate trust fund account statement monthly." Id. He claims that he "made requests to the administration that I may receive a certified copy of my inmate trust fund account statement for the month of April, and the immediate past six-month period, but never received a response to my several requests. Further, this administration also ignored my repeated requests that I receive

certified copies for the months of May through July as well." Id. at pp. 2-3.  The plaintiff claims that he "was simply prevented from complying with the court's September 16, 2010 order, and therewith properly file my motion showing cause for the months of April through September. Which caused the Magistrate to issue an order on September 27, 2011, that I show cause of my failure to do so." Id. at p. 3.

The plaintiff's Motion is an attempt to excuse his failure to show cause why he did not make the required monthly payment for his April 2011 income and why he failed to submit to the court a copy of his account statement each month for the months of April, May, June, July, August, and September 2011.  The plaintiff's excuse is untimely and incredible.

The defendants provided evidence that since April 2011, the plaintiff has requested copies of his account statement on June 14, August 17, August 24, October 3, and November 14, 2011, and that the requests were processed within one to ten days of the request [Doc. #57]. *Motion*, Ex. A.  The plaintiff does not provide any evidence to show that he requested "but never received" copies of his account statements for "the month of April, and the immediate past six-month period" and the "months of May through July." *Motion*, pp. 2-3.

IT IS ORDERED that the Motion [Doc. # 55] is DENIED.

Dated December 7, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge