IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02268-CMA-BNB

FREDERICK D. DEBERRY,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
BLAKE R. DAVIS,
MR. HOLLAND,
MR. CASTANEDA,
MS. BARKER,
S. POLITE, and
R. GICONI,

Defendants.

_____

# ORDER
_____

This matter arises on **Plaintiff's Motion to Amend** [Doc. #61, filed 12/02/2011] (the "Motion"). The Motion is DENIED.

The plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. He seeks leave to amend his "Plaintiff's Motion Showing Cause" [Doc. #58] to include a copy of his trust fund account statement for the month of October 2011. He states that prison officials failed to provide the statement to him until November 22, 2011, despite his repeated requests for it which began sometime before November 10, 2011. *Motion*, ¶ 2.

The plaintiff has misrepresented the facts. Indeed, his attached exhibit shows that he did not request a copy of his October account statement until November 14, 2011. *Motion*, Attachment A. In addition, the defendants previously submitted evidence which also shows that

the plaintiff did not request a copy of his October account statement until November 14, 2011 [Doc. #57-1, Ex. A, ¶ 16].

Because the plaintiff has unreasonably burdened the court with his repeated failure to make a monthly payment toward his filing fee or show cause each month why he cannot, I have required the plaintiff "by the 15th day of each month and without any further notice from or order of the court, either to make the required monthly payment for each preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment." *Order to Show Cause* [Doc. #49, issued 09/27/2011], pp. 2-3. The plaintiff waited until November 14, 2011, to request a copy of his account statement for October 2011. The plaintiff has failed to show that he is entitled to an extension of time to either make a monthly payment toward his filing fee for the month of October or show cause why he cannot. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated December 12, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge